IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GEORGE P. REITZ and
KAREN K. REITZ,

        Plaintiffs,

v.                                                Case No. 08-4131-SAC

USDA FARM SERVICE AGENCY,

        Defendant.

MEMORANDUM AND ORDER

This case comes before the Court on the plaintiffs' response to the Court's notice and order to show cause why this case should not be dismissed for lack of prosecution (Dk. 2). Plaintiffs have timely responded and have shown good cause for their lack of prosecution.

IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ. Pro. 4(m), the

plaintiffs shall have an additional 45 days from the date this order is filed in which to effect service of process.

IT IS FURTHER ORDERED that in the event process is not served within 45 days of this order, the case shall be dismissed without prejudice for lack of prosecution.

Dated this 15th day of April, 2009.

*s/ Sam A. Crow*
Sam A. Crow, U.S. District Senior Judge